UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-282-5F

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v. * | ORDER TO SEAL |
| * | |
| SALAHUDEEN ABDUL ABDALLAH * | |
| Defendant. * | |

On motion of the Defendant, and for good cause shown, it is hereby ORDERED that the Defendant's entire file and record be sealed until further notice by this Court. Counsel for the Defendant and counsel for the Government may have access to the file and record sealed by this Order without any further action by this Court

SO ORDERED.

This the 24th day of January, 2012.

_____
James C. Fox
Senior United States District Judge