UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-282-5-F

UNITED STATES OF AMERICA,            )
                                     )      **SEALED**
v.                                   )      O R D E R
                                     )
SALAHUDEEN ABDUL ABDALLAH,           )
                    Defendant.       )

Mr. Abdallah again has contacted the court by letter [DE-506] renewing his complaints

concerning the location and conditions of his incarceration within the Bureau of Prisons and

sharing details of new threats against his life, as well as his inability to communicate with his

court-appointed counsel in relation to his motion for relief pursuant to United States v. Simmons,

649 F.3d 237 (4th Cir. 2011). The court has received and responded to Mr. Abdallah's regular

correspondence of this nature since 2010. See [DE-430].

The court does not discredit Abdallah's reports that he is or has been threatened in

relation to his involvement in various aspects of this and related cases. His concerns have been

shared with those authorities who are responsible for investigating and addressing these matters.

As the court repeatedly has informed Abdallah, the Bureau of Prisons administers the manner

and location of the execution of his sentence. The court understands that in light of Mr.

Abdallah's voiced concerns, measures to ensure his safety have necessitated special housing

arrangements for him, not all of which are to his liking. Abdallah's Motion for Transfer of

Custody [DE-492] is DENIED, as it is not within the court's purview to direct the place of his

incarceration.

Abdallah also contends he is not receiving mail from his court-appointed lawyer. It is likely that Abdallah's special housing considerations, together with matters involving his compliance with his plea agreement and the fact that his case has been sealed because of matters Abdallah has chosen to disclose in his correspondence, have interfered with his lawyer's ability to reach him. The Clerk of Court has confirmed with appointed counsel that he represents Abdallah with regard to any relief to which Abdallah may be entitled under Simmons, see Notice of Appearance [DE-494], and that counsel has attempted to communicate with him. Accordingly, Abdallah's Motion to Appoint New Counsel [DE-493] is DENIED. **Abdallah is advised, however, that the attorney has been appointed only with regard to any Simmons issues that *may* be present in this case; counsel has not made a general appearance, and Abdallah is not entitled to court-appointed counsel for any other pending matter.** Furthermore, should appointed counsel conclude that Simmons cannot be reasonably construed to afford relief on the facts of this case, he is not required to pursue it.

The Clerk of Court is DIRECTED to file and retain this order UNDER SEAL, except that a "Confidential" copy of (1) this order and (ii) Abdallah's non-public correspondence [DE-506] shall be disclosed to the United States Marshal, the United States Attorney, Abdallah's court-appointed counsel, and to Abdallah himself.

SO ORDERED.

This, the ___9th___ day of January, 2013.

_____
JAMES C. FOX
Senior U.S. District Judge

2