IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SALAHUDEEN ABDUL ABDALLAH, | ) | |
| Defendant. | ) | |

Before the court is Defendant's letter motion [DE-522] addressed to the undersigned. Defendant argues that his case should be unsealed and that he needs a copy of the court's docket sheet.

A review of the record reveals that the undersigned entered an order [DE-459] on January 24, 2012, allowing Defendant's motion for his entire file and record to be sealed until further notice of this court. The undersigned has been advised that the Government does not object to Defendant's request to have his case unsealed. Accordingly, Defendant's letter motion [DE-522] seeking to have his case unsealed and to get a copy of the court's docket sheet hereby is ALLOWED. The Clerk of Court is DIRECTED to unseal Defendant's case and mail him a copy of the court's docket sheet.

SO ORDERED.

This, the 7th day of June, 2013.

_/s/ James C. Fox_
JAMES C. FOX
Senior United States District Judge