UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SALAHUDEEN ABDUL ABDALLAH | ) | |

This matter comes before the court on Defendant Salahudeen Abdallah's letter motion to seal [DE-620]. The court understands the defendant's concerns and is willing to seal those documents containing sensitive information. However, the court cannot seal the entire case or docket. Not all of the materials contain sensitive information. Therefore, the defendant is ORDERED to provide the court with a list of which docket entries contain sensitive information so that the court may more specifically review those docket entries and make a determination on the defendant's motion to seal.

SO ORDERED.

This, the 25 day of November, 2014.

*James C Fox*

JAMES C. FOX
Senior United States District Judge