UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Salahudeen Abdul Abdallah            Docket No. 5:08-CR-282-5FL

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Salahudeen Abdul Abdallah, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribute More Than 1 Kilogram of Heroin, More Than 5 Kilograms of Cocaine, and More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 10, 2009, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Salahudeen Abdul Abdallah was released from custody on June 09, 2017, at which time the term of supervised release commenced. On April 5, 2017 the case was reassigned to Honorable Louise W. Flanagan, U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 14, 2018 the defendant submitted a sample for the purpose of urinalysis that tested positive for cocaine during laboratory testing. The defendant has been accepted to participate in the HOPE program in order to address his treatment needs.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

3. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 120 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Salahudeen Abdul Abdallah
Docket No. 5:08-CR-282-5FL
Petition For Action
Page 2

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taylor R. O'Neil
Taylor R. O'Neil
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: March 08, 2018

## ORDER OF THE COURT

Considered and ordered this __8th__ day of __March__, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge