UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-282-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SALAHUDEEN ABDUL ABDALLAH | ) | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Drug Enforcement Administration to dispose of the (1) a Marlin Model 336 30-30 caliber lever action rife, serial # 18053997; (2) a Golden West Model 176 VR 12 gauge shotgun serial # B585029; (3) a Winchester Model 190 .22 caliber rifle serial # B2169083; (4) a Remington Model 1100 12 gauge shotgun serial # L109673V; and, (5) a Glock Model 21 .45 caliber pistol serial # AVM113, by destruction, incapacitation, or other means in accordance with its regulations.

This the  30th  day of      March      , 2018.

_____
LOUISE W. FLANAGAN
United States District Judge